UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:86CR100 RWS |
| KERRY BROWN, SR., ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On July 31, 2007, defendant filed a motion for early termination of parole, which the Clerk of Court filed in this case. Defendant recently filed a motion with the Court indicating that he intended the motion to be docketed as a new civil action. As a result, the Court will order the Clerk to file defendant's motion for early termination of parole as a complaint in a new civil case.

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions in this case are **denied** as moot.

**IT IS FURTHER ORDERED** that defendant's motion for early termination of parole [#3] shall be docketed as a complaint in a new civil case.

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis [#4] shall also be docketed in the new civil case.

Dated this 18th day of October, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE