# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KERRY BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07CV01786 ERW |
| ) | |
| UNITED STATES PAROLE ) | |
| COMMISSION, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's amended petition for writ of mandamus is **DENIED**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

So Ordered this 29th Day of November, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE